Marshall, Ch. J.,
 

 after stating the ease, delivered the opinion of the court.
 

 This court has no jurisdiction under the 25th section of the judiciary act of 1789, but in a case where a final judgment or decree has been rendered in the highest court of law or equity of a state, in which a decision in the suit could be had, where is drawn in question the validity of a treaty or statute of, or an authority exercised under, the United States, and the decision is
 
 against
 
 their validity, &e., or where is drawn in question the construction of any clause of the constitution, or of a treaty, or statute of, or commission *held under, the United States, and the decision is
 
 against
 
 p27o the title, right, privilege or exception, specially set up or claimed by *- either party under such clause of the said constitution, treaty, statute or commission.
 

 In the present case, such of the defendants as were aliens, filed a petition to remove the cause to the federal circuit court, under the 12th section of the same act. The state court granted the prayer of the petition, and ordered the cause to be removed; the decision, therefore, was not
 
 against
 
 the privilege claimed under the statute; and therefore, this court has no jurisdiction in the case. The writ of error must be dismissed.